**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1076**

MEHTA RUKMINESH,

               Plaintiff - Appellant,

     v.

MAGGIE KUHL,

               Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, Chief District Judge.  (3:20-cv-00131-GMG-RWT)

Submitted:  May 20, 2021                         Decided:  May 25, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mehta Rukminesh, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mehta Rukminesh appeals the district court's orders dismissing his civil action and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mehta v. Kuhl*, No. 3:20-cv-00131-GMG-RWT (N.D.W. Va. Jan. 4 & 7, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*